Stephen M. Doniger (SBN 179314)
stephen@dongierlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff L.A. Printex Industries, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DRESS BARN, INC., a New York Corporation; STYLEUS, INC., a California Corporation; SAVERS, INC., a Washington Corporation; GLORIA LANCE, INC., a California Corporation; N&K APPAREL, INC., a California Corporation; and Does 1-10, Inclusive,<br><br>Defendants. | Case No.: CV12-08424 SJO (PLAx)<br>*Honorable S. James Otero Presiding*<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT SAVERS, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE** |

///

///

///

- 1 -

NOTICE OF DISMISSAL OF DEFENDANT SAVERS, INC.

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff L.A. Printex, Inc. ("LAP") hereby files the following dismissal without prejudice as to Defendant Savers, Inc. ("Savers") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on the grounds that Savers has neither filed a responsive pleading nor summary judgment motion in this case.

Respectfully submitted,

DONIGER / BURROUGHS

Date: October 2, 2012      By:   /s/ Stephen M. Doniger
                                 Stephen M. Doniger, Esq.
                                 Attorneys for Plaintiff