Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DRESS BARN, INC.; *et al.*, <br><br> Defendants. | Case No.: CV12-08424 SJO (PLAx) <br> <u>Honorable S. James Otero Presiding</u> <br><br> **STIPULATION TO DISMISS ACTION** <br><br> *[[Proposed] Order Filed Concurrently Herewith]* |

IT IS HEREBY AGREED UPON BETWEEN AND STIPULATED by the Parties to the action as follows:

    A.    This action is dismissed with prejudice;

    B.    This Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal; and

    C.    The parties to this stipulation will each bear their own costs and fees as incurred against one another in this action.

SO STIPULATED.

DONIGER / BURROUGHS APC

Date: August 21, 2013    By: /s/ Scott A. Burroughs
    Scott A. Burroughs, Esq.
    Attorneys for Plaintiff

NOVAK DRUCE CONNOLLY LLP

Date: August 21, 2013    By: /s/ Glenn W. Trost
    Glenn W. Trost, Esq.
    Attorneys for Defendants Styleus, Inc.
    and The Dress Barn, Inc.