Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DRESS BARN, INC.; *et al.*, <br><br> Defendants. | Case No.: CV12-08424 SJO (PLAx) <br> <u>*Honorable S. James Otero Presiding*</u> <br><br> **ORDER ON STIPULATION TO DISMISS ACTION** |

**[PROPOSED] ORDER:**

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

    A.    This action is dismissed with prejudice;

    B.    This Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal; and

    C.    The parties to this stipulation will each bear their own costs and fees as incurred against one another in this action.

SO ORDERED.

Date: August 26, 2013    By: *S. James Otero*
    HONORABLE S. JAMES OTERO
    U.S. DISTRICT COURT